IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-751C |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant respectfully requests the Court to grant an enlargement of time of 45 days, to and including October 27, 2005, within which to file its response to the complaint. The response is currently due on September 12, 2005. Counsel for plaintiff has informed counsel for the defendant that he does not oppose this request for an enlargement of time. No previous enlargements of time for this purpose have been requested or granted.

Counsel of record promptly furnished a copy of the complaint to the Army Corps of Engineers (“Corps”). While the Corps has been gathering the information necessary to provide the litigation report required by 28 U.S.C. § 520, the Corps has requested a period of additional time to complete the litigation report. Undersigned counsel will then require a reasonable amount of time to prepare defendant's response to the complaint.

In addition, counsel for the defendant requests the additional time because counsel for the Government has other commitments that require a substantial amount of her time.

First, she has an oral argument on October 4, 2005, before the United States Court of Appeals for the Federal Circuit in Stone v. OPM, No. 05-3019 (Fed. Cir.). She is also required to file a brief on October 13, 2005, in Lakey-Scott v. Dept. of Justice, No. 05-3139 (Fed. Cir.). Finally, she is required to file post-trial stipulations of fact in Spodek v. United States, No. 03-1444C (Fed. Cl.), which are due on October 21, 2005.

For the foregoing reasons, we respectfully request the Court to grant defendant's motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant

September 7, 2005