# EXHIBIT 1

RECEIVED

# APPLICATION FOR PAYMENT SUMMARY

FROM: Lasker, Inc.
412 Sturgis Road
Conway, Arkansas 72032

CONTRACT NO.: DACA03-03-C-0011
PROJECT TITLE: C-130J Engine and Propeller Storage Building
APPLICATION #: 10
APPLICATION DATE: June 17, 2004

For the period from: 27-Apr-04 to 01-Jun-04

| | |
|---|---|
| ORIGINAL CONTRACT AMOUNT | $1,811,000.00 |
| NET CHANGE BY MODIFICATIONS | $9,608.00 |
| CONTRACT SUM TO DATE | $1,820,608.00 |
| TOTAL COMPLETED TO DATE | $1,799,723.00 |
| ADDITIONAL EARNINGS (not included in contract line items) Payment & Performance Bonds | $1,729.00 |
| LESS SUBCONTRACTOR RETAINAGE | $18,254.00 |
| TOTAL EARNINGS TO DATE | $1,783,198.00 |

RETAINAGE:

| | | | |
|---|---|---|---|
| Percentage of Completed Work: | 0% | $0.00 | |
| Percentage of Stored Materials: | 0% | $0.00 | |
| TOTAL RETAINAGE: | | | $0.00 |

| | |
|---|---|
| TOTAL EARNED LESS RETAINAGE | $1,783,198.00 |
| LESS PREVIOUS PAYMENTS | $1,636,923.60 |
| CURRENT PAYMENT DUE | $146,274.40 |
| BALANCE TO FINISH, PLUS RETAINAGE | $37,410.00 |

Signed: Greg Lasker

Date: 6/17/04

June 17, 2004

U.S. Army Corps of Engineers
Central Arkansas Area Office
P.O. Box 219
Jacksonville, AR 72078-0219

Subject: Payment Request No.0010
Contract DACA03-03-C-0011

Dear Sir:

Enclosed is Payment Request Number 0010 for Contract DACA03-03-C-0011. The following information is provided in accordance with the contract requirements:

a. Contract Section 00700, Contract Clause 52.232-26, Prompt Payment for Construction Contracts (JUN 1997) - Referenced by Clause Paragraph Number:

(2) (i) Name and Address of Contractor:

**Lasker, Inc.**
**412 Sturgis Road**
**Conway, Arkansas 72032**

(2) (ii) Date of Invoice (Payment Request No. **0010**)

**June 17, 2004**

(2) (iii) Contract Number: **DACA03-03-C-0011**

(2) (iv) Description of Work or Services Performed:
**(See Attached Payment Request Number 0010)**

(2) (v) Delivery and Payment Terms:
**(14 days after receipt by designated billing office)**

(2) (vi) Name and Address of Contractor Official to whom payment is to be sent:

Vernon Lasker
Lasker, Inc.
412 Sturgis Road
Conway, Arkansas 72032

(2) (vii) Name, title, phone number and mailing address of person to be notified in event of a defective invoice:

Frankie Rivers
Office Manager
501-470-3311
412 Sturgis Road
Conway, Arkansas 72032

(2) (viii) See attached Payment Request for Substantiation of Amount Requested.

(2) (ix) Other Information or Documentation Required:
**(see attached payment request)**

b. Contract Section 00700, Contract Clause 52.232-5, Payments Under Fixed-Price Construction Contracts (May 1997) - Referenced by Clause Paragraph Number:

(b) (1) (I) See Attached Payment Request for "Itemization of the Amount Requested":

(b) (1) (ii)
Thru
(b) (1) (iv) Required Subcontractor Data (See Data Sheet Attached to the Request for Payment That Lists Each Subcontractor, the Subcontract Amount, and Applicable Amounts Paid to Each):

(c) Contractor's Certification:
I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code; and

(3) This request from progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of this contract.

(4) This certification is not to be construed as final acceptance of a Subcontractor's performance.

NAME: Greg Lasker GREG LASKER
(print and sign)

TITLE: GENERAL MANAGER

DATE: 6/17/04

# EXHIBIT 2

U.S. Army Corps of Engineers
Central Arkansas Area Office
P.O. Box 219
Jacksonville, Arkansas 72078-0219
Office: 501-988-4153 Fax: 501-988-1530

Date: 6/23/04
To: Tom Crafton
Fax Number: ______
Pages (Including Cover) ______
Re: Lasker Constr. Little Rock AFB
From:

| | | | |
|---|---|---|---|
| X | Dan Clemans (x101) | | Rod Garner (x102) |
| | John Balgavy (x118) | | Todd Hill |
| | Kurt Kueter | | Mike Kohler |
| | Dennis Carpenter | | Steve Ring |
| | Roger Smith | | Kathy Ray |
| | Jennifer Crafton | | Jennifer Winkler |

The first 12 pages are from his pay estimate we received this week. I've also enclosed a ruled sheet with a hand written tally of what I think we could pay him ($67K) while holding enough for close out, punch list and incomplete work ($116K). The last page is the punch list from the occupancy inspection held last week.

# EXHIBIT 3

ALBER CRAFTON, PSC
ATTORNEYS AT LAW

Hurstbourne Place, Suite 1300
9300 Shelbyville Road
Louisville, Kentucky 40222
Telephone: (502) 815-5000
Facsimile: (502) 815-5005

**Thomas E. Crafton**
tcrafton@albercrafton.com

June 25, 2004

John A. Balgavy, P.E.
Contracting Officers Representative
Via Fax: (501)988-1530

| | | |
|---|---|---|
| Re: | **Our Client:** | **The Cincinnati Insurance Company** |
| | **Bond No.:** | **B80-843564** |
| | **Project:** | **C-130J Engine & Propeller Storage Building**<br>**Little Rock Air Force Base, Pulaski County** |
| | **Contract No.:** | **DACA03-03-C-0011** |

Dear Mr. Balgavy:

This law firm represents The Cincinnati Insurance Company ("Cincinnati") in connection with certain payment bond claims made against the above-referenced bond issued on behalf of Lasker, Inc. ("Lasker") and in favor of the U.S.A. with respect to the above project. To date Cincinnati has received claims from the following subcontractors:

| | |
|---|---|
| AAA Hoist & Crane Cleaning | $ 6,664.00 |
| Comfort Systems USA | $187,108.00 |
| Central Industrial Electric Company | $199,849.00 |

In connection with my representation of Cincinnati, I have recently reviewed the pending Pay Application No. 10 submitted by Lasker on June 17, 2004. With respect to that Application, please note the following:

1. As of June 1, 2004, all retainage either has been released or the contract did not call for retainage. Please provide with whatever documentation you have with respect to release of retainage on this project.

2. The total contract balance amounts to $183,687.40. The balance, of course, is not sufficient to satisfy Lasker's outstanding obligations on this project,

John A. Balgavy, P.E.
Contracting Officers Representative
June 25, 2004
Page -2-

Pursuant to Lasker's June 17, 2004 Payment Request, as certified in Section b.(2), "payments to subcontractors and suppliers have been made from previous payments received under this contract and timely payments will be made from the proceeds of the payment by the certification, in accordance with said contract agreements and the requirements of Chapter 39, Title 31, U.S.C.; . . . ."

Under the circumstances, it does not appear that Lasker can comply with the certification, inasmuch as there are insufficient funds remaining in the contract to satisfy his outstanding contractual obligations to project creditors. Under the circumstances, Cincinnati respectfully requests that you review your contract with Lasker and enforce the contract provisions which apply to this situation. All previous consents of surety with respect to payments to Lasker are hereby withdrawn.

If you have any questions regarding this letter or Cincinnati's position in this matter, please feel free to call.

Very truly yours,

Thomas E. Crafton

TEC/jp
cc: Rob Garner
Dan Clemons
J. Michael Hennigan
Mike Halter
Greg Lasker
A.J. Brown

# EXHIBIT 4

DEPARTMENT OF THE ARMY
LITTLE ROCK DISTRICT, CORPS OF ENGINEERS
CENTRAL ARKANSAS AREA OFFICE
Post Office Box 219, JACKSONVILLE, AR 72078-0219
Business (501) 988-4153 Fax (501) 988-1530

June 26, 2004

SUBJECT: Contract DACA03-03-C-0011, C-130J Engine & Propeller Storage Building, Little Rock Air Force Base, Pulaski County, Contractor's Letter of Transmittal Dated 06/17/2004 (Received 21 June 2004), Payment Request No. 10

Lasker, Inc.
Attn: Mr. Greg Lasker
412 Sturgis Road
Conway, AR 72032

Dear Mr. Lasker:

Upon receipt and review of your Request For Payment No. 10, I find that it is not a proper invoice pursuant to the provisions of Contract Section 00700, Contract Clause 52.232-27, for the following reasons:

a. The amounts requested contain several payment activities indicated as 100% complete without consideration of deficiencies and/or incomplete work reflected on the Final Inspection Punch List provided on 24 June 2004.

b. The remaining Contract Balance is insufficient to protect the Governments interest for outstanding payments due Subcontractor's and/or Suppliers.

c. Payments to Subcontractor's and/or Suppliers have not been made from previous payments disbursed as required by the Contract.

d. Your Certification provided pursuant to Contract Section 00700, Contract Clause 52.232-5 is not in compliance with paragraph c. above concerning previous payments to Subcontractor's and/or Suppliers and is considered defective.

In accordance with the above, you are hereby formally notified that I am taking no action to process the requested payment. You may resubmit your request upon satisfying the above items. If you have questions or require additional information, please do not hesitate to contact me at (501) 988-4153 x 102.

Sincerely,

Rod Garner
Contracting Officer's
Representative

Copy Furnished:

✓CESWL-CT
CESWL-EC-C
CESWL-EC-CL
CESWL-OC —— Copy to Counsel
CESWL-PM
Cincinnati Insurance Company
Alber Crafton, PSC (Mr. Thomas. E. Crafton)
QA Representative (Mr. Jim Sewell)

# EXHIBIT 5

GENERAL CONTRACTORS LASKER CONSTRUCTION SERVICES

RECEIVED JUL 2004

# APPLICATION FOR PAYMENT SUMMARY

FROM: Lasker, Inc.
412 Sturgis Road
Conway, Arkansas 72032

CONTRACT NO.: DACA03-03-C-0011
PROJECT TITLE: C-130J Engine and Propeller Storage Building
APPLICATION #: **10-REV**
APPLICATION DATE: July 26, 2004

For the period from: 27-Apr-04 to 18-Jun-04

| | |
|---|---|
| **ORIGINAL CONTRACT AMOUNT** | $1,811,000.00 |
| **NET CHANGE BY MODIFICATIONS** | $9,608.00 |
| **CONTRACT SUM TO DATE** | $1,820,608.00 |
| **TOTAL COMPLETED TO DATE** | $1,782,903.00 |
| **ADDITIONAL EARNINGS** (not included in contract line items) **Payment & Performance Bonds** | $448.00 |
| **LESS SUBCONTRACTOR RETAINAGE** | $16,706.00 |
| **TOTAL EARNINGS TO DATE** | $1,766,645.00 |

**RETAINAGE:**

| | | | |
|---|---|---|---|
| Percentage of Completed Work: | 0% | $0.00 | |
| Percentage of Stored Materials: | 0% | $0.00 | |
| TOTAL RETAINAGE: | | | $13,326.00 |

| | | |
|---|---|---|
| **TOTAL EARNED LESS RETAINAGE** | $1,753,319.00 | |
| **LESS PREVIOUS PAYMENTS** | $1,636,923.60 | *(through Pay App #9)* |
| **CURRENT PAYMENT DUE** | $116,395.40 | |
| **BALANCE TO FINISH, PLUS RETAINAGE** | $67,289.00 | |

Signed: [signature] Date: 7/26/04

GENERAL CONTRACTORS LASKER CONSTRUCTION SERVICES

July 26, 2004

U.S. Army Corps of Engineers
Central Arkansas Area Office
P.O. Box 219
Jacksonville, AR 72078-0219

Subject: **Payment Request No.0010-REV**
**Contract DACA03-03-C-0011**

Dear Sir:

Enclosed is Payment Request Number **0010-REV** for Contract DACA03-03-C-0011. The following information is provided in accordance with the contract requirements:

a. Contract Section 00700, Contract Clause 52.232-26, Prompt Payment for Construction Contracts (JUN 1997) - Referenced by Clause Paragraph Number:

(2) (i) Name and Address of Contractor:

**Lasker, Inc.**
**412 Sturgis Road**
**Conway, Arkansas 72032**

(2) (ii) Date of Invoice (Payment Request No. **0010-REV**)

**July 26, 2004**

(2) (iii) Contract Number: **DACA03-03-C-0011**

(2) (iv) Description of Work or Services Performed:
**(See Attached Payment Request Number 0010-REV)**

(2) (v) Delivery and Payment Terms:
**(14 days after receipt by designated billing office)**

412 Sturgis Road \ Conway, Arkansas 72032 \ Phone: (501 ) 470-3311 \ Fax: (501) 470-1931 \ Email: lasker@arkansas.net

(2) (vi) Name and Address of Contractor Official to whom payment is to be sent:

**Vernon Lasker**
**Lasker, Inc.**
**412 Sturgis Road**
**Conway, Arkansas 72032**

(2) (vii) Name, title, phone number and mailing address of person to be notified in event of a defective invoice:

**Frankie Rivers**
**Office Manager**
**501-470-3311**
**412 Sturgis Road**
**Conway, Arkansas 72032**

(2) (viii) See attached Payment Request for Substantiation of Amount Requested.

(2) (ix) Other Information or Documentation Required: **(see attached payment request)**

b. Contract Section 00700, Contract Clause 52.232-5, Payments Under Fixed-Price Construction Contracts (May 1997) - Referenced by Clause Paragraph Number:

(b) (1) (I) See Attached Payment Request for "Itemization of the Amount Requested":

(b) (1) (ii)
Thru
(b) (1) (iv) Required Subcontractor Data (See Data Sheet Attached to the Request for Payment That Lists Each Subcontractor, the Subcontract Amount, and Applicable Amounts Paid to Each):

(c) Contractor's Certification:
I hereby certify, to the best of my knowledge and belief, that --

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States Code; and

(3) This request from progress payment does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of this contract.

(4) This certification is not to be construed as final acceptance of a Subcontractor's performance.

NAME: GREGORY LASKER
(print and sign)

TITLE: GENERAL MANAGER

DATE: 7/26/04

PAYMENT ESTIMATE NO. 0010-REV
CONTRACT DACA03-03-C-0011
REQUIRED SUBCONTRACTOR DATA
CONTRACT SECTION 00700, CONTRACT CLAUSE 52.232-26

| SUBCONTRACTOR | AMOUNT OF SUBCONTRACT | AMOUNT PAID TO DATE | AMOUNT PAID PREVIOUSLY | AMOUNT PAID THIS PERIOD | AMOUNT RETAINED TO DATE |
|---|---|---|---|---|---|
| McHenry Excavating | $ 35,032.00 | $ 28,532.00 | $ 0.00 | $ 6,972.00 | $ 0.00 |
| Comfort Systems | $ 228,837.00 | $ 57,077.00 | $ 15,000.00 | $ 172,108.00 | $ 0.00 |
| Central Industrial Electric Co. | $ 191,000.00 | $ 99,700.00 | $ 10,000.00 | $ 144,998.00 | $ 0.00 |
| Arkansas Automatic Sprinklers | $ 39,356.00 | $ 15,955.00 | $ 0.00 | $ 23,401.00 | $ 0.00 |
| Nabholz Building & Management | $ 387,990.00 | $ 317,123.00 | $ 59,473.00 | $ 70,867.00 | $ 0.00 |
| Lasiter Construction | $ 66,882.00 | $ 33,592.00 | $ 0.00 | $ 33,290.00 | $ 0.00 |
| James Masonry, Inc. | $ 133,940.00 | $ 120,546.00 | $ 11,493.00 | $ 0.00 | $ 13,394.00 |
| Platinum Drywall, Inc. | $ 49,084.00 | $ 44,000.00 | $ 11,000.00 | $ 1,359.00 | $ 0.00 |
| Architectural Products, Inc. | $ 6,300.00 | $ 0.00 | $ 0.00 | $ 6,300.00 | $ 0.00 |
| Moix Carpet & Fans | $ 13,466.00 | $ 8,403.00 | $ 8,403.00 | $ 6,394.00 | $ 0.00 |

PAYMENT ESTIMATE NO. 0010-REV

CONTRACT DACA03-03-C-0011

REQUIRED SUBCONTRACTOR DATA

CONTRACT SECTION 00700, CONTRACT CLAUSE 52.232-26

| SUBCONTRACTOR | AMOUNT OF SUBCONTRACT | AMOUNT PAID TO DATE | AMOUNT PAID PREVIOUSLY | AMOUNT PAID THIS PERIOD | AMOUNT RETAINED TO DATE |
|---|---|---|---|---|---|
| Bailey Paint Company, Inc. | $ 33,340.00 | $ 22,250.00 | $ 6,991.00 | $ 8,315.00 | $ 147.00 |
| AAA Hoist and Crane Co. | $ 35,146.00 | $ 28,481.00 | $ 28,481.00 | $ 0.00 | $ 3,165.00 |
| Roberts-McNutt | $ 8,097.00 | $ 0.00 | $ 0.00 | $ 8,097.00 | $ 0.00 |
| Royal Overhead Door | $ 13,891.00 | $ 0.00 | $ 0.00 | $ 13,891.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | | | |
| | | | | | |

# EXHIBIT 6

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37 -2 -10 and ER 37 -345 -10

1. INVOICE RECEIVED DATE 27 Jul 2004
PAYMENT DUE DATE 10 Aug 2004

Shee_ 1 of 2

2. CONTRACTOR AND ADDRESS Lasker, Inc.
412 STURGIS RD CONWAY AR 72032

3. CONTRACT NO. DACA03-03-C-0011 NA

4. DISTRICT Little Rock District

5. DESCRIPTION OF WORK
C130J Engine and Propeller Storage Bldg.

6. APPROPRIATION AND PROJECT 57-NA-2003-3300-0000

7. REQUIRED COMPLETION DATE 03 May 2004

8. LOCATION
LRAFB, Pulaski County, Arkansas

9. PERIOD COVERED BY THIS ESTIMATE
FROM 27 Apr 2004 THRU 18 Jun 2004

10. JOB ORDER NO.

11. ESTIMATE NO. 10

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $1,820,608.00 | 98% | $1,782,903.00 |
| | ADDITIONAL EARNINGS (not included in contract line items) - PERFORMANCE AND PAYMENT BONDS | | | | | 448.00 |
| | SUBCONTRACTOR DEDUCTIONS BY PRIME CONTRACTOR | | | | | [16,706.00] |
| INCLUDES MODIFICATIONS THRU | 97 % EARNINGS TO DATE<br>97 % LESS STORED MATERIAL | TOTAL CONTRACT → | | $1,820,608.00 | TOTAL EARNINGS TO DATE → | $1,766,645.00 |

REMARKS

ACTUAL % COMPLETED: 98%
SCHEDULED % COMPLETE: 100%
CONTRACT SUBSTANTIALLY COMPLETE & BOD ON 18 JUNE 2004.
PREVIOUSLY WITHHELD RETAINAGE OF $23,273.90 IS ADJUSTED TO $13,326 (46 DAYS LATE @ $181/CD = $8,326 FOR LATE FINISH OF 18 JUNE 04 VS CURRENT COMPLETION OF 3 MAY 04, AND, $5,000 FOR OUTSTANDING DEFICIENCIES AND CONTRACT CLOSE OUT).

12. PRESENTED FOR PAYMENT

PAYEE: LASKER INC
PER:
DATE:
TITLE:

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE
DeJuan J. Carter
Project Engineer
DATE

CONTRACTING OFFICER APPROVAL (Signature)
Rod Garner
Contracting Officer's Representative
DATE

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $23,273.90 | |
| B. PREVIOUS OTHER DEDUCTIONS | $0.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $1,636,923.60 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $1,660,197.50 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $106,447.50 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $0.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $0.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $0.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $106,447.50 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $23,273.90 | LIQ. DAMAGES (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $0.00 | PAID TO DATE (D + N) | $1,743,371.10 |

ENG FORM 93, 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND -OR REMARKS)

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continued)
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. DACA03-03-C-0011 NA

Sheet 2 of 2

3. CONTRACTOR AND ADDRESS Lasker, Inc.
412 STURGIS RD CONWAY AR 72032

4. PERIOD COVERED BY THIS ESTIMATE
FROM 27 Apr 2004 THRU 18 Jun 2004

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL-TO-DATE QUANTITY AND UNIT g | TOTAL-TO-DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001 | | Engine and Propeller Storage Building | 1.00 LS | $1,790,000.00 | | | |
| | MC001 | Lump Sum Unit Price Increase | 1.00 LS | $9,608.00 | | | |
| | MC006 | Lump Sum Unit Price Increase | 1.00 LS | $0.00 | | | |
| | | Revised Amount CLIN 0001 | 1.00 LS | | $1,799,608.00 | 98% | $1,761,903.00 |
| 0002 | | Provide 12 Removable Bollards as indicated | 1.00 LS | $21,000.00 | $21,000.00 | 100% | $21,000.00 |
| | | TOTALS THIS PAGE | | | 1,820,608.00 | | 1,782,903.00 |

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continua...)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO.
DACA03-03-C-0011 NA

Sheet 1 of 1

CONTRACTOR AND ADDRESS Lasker, Inc.
412 STURGIS RD CONWAY AR 72032

PERIOD COVERED BY THIS ESTIMATE
FROM 27 Apr 2004 THRU 18 Jun 2004

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM - 0001** | Earnings | $106,447.50 | $1,766,645.00 |
| ENGINE AND PROPELLER STORAGE BUILDING - BASE BID A | Less Retained Percentage | $0.00 | $23,273.90 |
| **FUNDED WORK ITEM** 533C77 | Less other Deductions | $0.00 | $0.00 |
| ENGINE/PROPELLER LRAFB CONSTRUCTION | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **Payment Due Date** 08/10/2004 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$106,447.50** | **$1,743,371.10** |
| | TOTALS | **$106,447.50** | **$1,743,371.10** |

RMS FORM 93 SUPPLEMENT