IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-751C |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to grant an enlargement of time of 39 days, to and including January 23, 2006, within which to file its reply in support of its motion to dismiss. The response is currently due on December 15, 2005. Counsel for plaintiff has informed counsel for the defendant that he does not oppose this request for an enlargement of time. No previous enlargements of time for this purpose have been requested or granted.

Counsel for the defendant requests the additional time because she has other commitments that require a substantial amount of her time. First, she had an oral argument on cross-motions for judgment on November 29, 2005, in Precision Standard, Inc. v. United States, No. 05-1125C (Fed. Cl.), a bid protest proceeding. She also has an oral argument on December 9, 2005, before the United States Court of Appeals for the Federal Circuit in Discenza v. Navy, No. 05-3078 (Fed. Cir.). She is required to file a post-trial brief on December 16, 2005, in Spodek v. United States, No. 03-1444C (Fed. Cl.). A reply brief in the same case is due on January 11, 2006, and a closing argument will be held on January 17, 2006. She is also required to file responses to complaints in Silver State Construction Co. v. United States, No. 05-978C (Fed. Cl.) and Arbitraje Casa de Cambio v. United States, No. 05-921C (Fed. Cl.), on December 23 and December 26, 2005, respectively. Finally, she is required to file a brief in Kokenge v.

DVA, No. 05-7184 (Fed. Cir.), on December 28, 2005.

For the foregoing reasons, we respectfully request the Court to grant defendant's motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant

December 6, 2005

CERTIFICATE OF FILING

I hereby certify that on December 6, 2005, a copy of “DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Doris S. Finnerman