# In the United States Court of Federal Claims

**No. 05-751C**
**(Filed: December 7, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **CINCINNATI INSURANCE COMPANY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Defendant's unopposed motion, filed December 6, 2005, for a 39-day enlargement of time within which to file its reply in support of its motion to dismiss is **GRANTED**. Accordingly, defendant shall file its reply by **Monday, January 23, 2006**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge C. Miller