**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CINCINNATI INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **No. 05-751C** |
| | ) | **Judge Firestone** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |

**CINCINNATI INSURANCE COMPANY'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Comes now, Cincinnati Insurance Company (hereinafter referred to as "Cincinnati" or "Plaintiff") through counsel and for its Notice of Supplemental Authority, submits that the recently decided case of Nova Casualty Company v. United States, No. 04-1665C, (Ct. Cl. filed January 12, 2006), which was decided after Cincinnati's November 28, 2005 submission of its Response Brief to the Defendant's Motion to Dismiss Or, in the Alternative, Motion for Summary Judgment. This new case provides additional authority with regard to the arguments advanced by the parties herein. For the Court's reference, a copy of the Court's Opinion and Order is attached hereto.

Respectfully submitted,

*s/ G. Bruce Stigger*
G. BRUCE STIGGER
ALBER CRAFTON, PSC
Hurstbourne Place, Suite 1300
9300 Shelbyville Road
Louisville, Kentucky 40222
Telephone: (502) 815-5000
Facsimile: (502) 815-5005
COUNSEL FOR PLAINTIFF,
CINCINNATI INSURANCE COMPANY

Dated: January 16, 2006

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2006, a copy of the foregoing Notice of Supplemental Authority was filed electronically. I understand that notice of this filing will be sent to counsel for all parties by the Court's electronic filing system. Parties may access a copy of this filing via the Court's electronic filing system.

David M. Cohen
Director

Peter D. Keisler
Assistant Attorney General

James M. Kinsella
Deputy Director

Doris S. Finnerman, Trial Attorney
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530

*s/ G. Bruce Stigger*
G. Bruce Stigger