# In the United States Court of Federal Claims

**No. 05-751C**
**(Filed: June 30, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **CINCINNATI INSURANCE COMPANY,** | * * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

Defendant's unopposed motion, filed June 29, 2006, for a 15-day enlargement of time for the parties to file a joint status report is **GRANTED**. Accordingly, the parties shall file a joint status report by **Friday, July 7, 2006**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge