# In the United States Court of Federal Claims

**No. 05-751C**
**(Filed: July 11, 2006)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**ERRATA**

The court makes the following change to the Opinion filed in this matter on June 2, 2006. This change does not affect the substance of the Opinion.

Page 4, line 10 - replace “2%” with “10%.”

A corrected copy of the Opinion is attached to this order.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge