# In the United States Court of Federal Claims

**No. 05-751C**
**(Filed: July 11, 2006)**

* * * * * * * * * * * * * * * * *

**CINCINNATI INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Based on the July 11, 2006 status conference, the parties shall conclude fact discovery by **Friday, November 3, 2006.**

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge