# In the United States Court of Federal Claims

**No. 05-751C**
**(Filed: November 13, 2006)**

* * * * * * * * * * * * * * * * *
*
**CINCINNATI INSURANCE COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** a status conference for **Tuesday, November 21, 2006 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (502) 815-5000; counsel for defendant at (202) 307-0300. The court will initiate the call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge