# In the United States Court of Federal Claims

**No. 05-751C**
**(Filed: November 21, 2006)**

* * * * * * * * * * * * * * * * *
*
**CINCINNATI INSURANCE COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

In light of the fact that the government has filed an appeal of Travelers Indemnity v. United States, 72 Fed. Cl. 56 (2006), the above-captioned case is hereby **STAYED** pending resolution of the government's appeal of Travelers in the Court of Appeals for the Federal Circuit.

Following resolution of Travelers in the Federal Circuit, the parties shall submit a joint status report to the court.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge