IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-751C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

On October 23, 2007, this Court ordered the parties to submit, by December 21, 2007, a joint status report discussing the impact of the decision in National American Insurance Company v. United States, 498 F.3d 1301 (Fed. Cir. 2007) ("NAICO"), upon this case and proposing the next steps in this litigation. The parties have discussed the Court's Order and respectfully submit this report in response.

At the time the parties filed their status report dated October 22, 2007, the time for the Government to seek further review of the decision in NAICO had not yet passed. We advised the Court at that time that, absent further review, the decision in NAICO would resolve the contention raised by the Government and rejected by this Court in its opinion dated June 2, 2006, that payment bond sureties may not maintain claims for reimbursement in this Court. The time for review has now passed and NAICO resolves a significant issue in this case.

Recently, the parties have engaged in discussions intended to reach an amicable resolution of the issues that remain in this case. Based upon those discussions, plaintiff has made an offer of settlement that defendant's counsel has forwarded to the U.S. Army Corps of Engineers ("Corps") for consideration. Following receipt of a recommendation from the Corps, defendant's counsel will make a recommendation regarding the offer to the Authorized

Representative of the Attorney General. If accepted, that offer would fully resolve this case without further litigation.

The parties propose that the Court continue the stay of proceedings currently in effect until February 1, 2008, to allow the Government to consider plaintiff's settlement offer, and, if that offer is accepted, to complete the steps necessary to resolve this case without further litigation.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ G. Bruce Stigger
G. BRUCE STIGGER
Alber Crafton, PSC
Hurstbourne Place, Suite 1300
9300 Shelbyville, Road
Louisville, KY 40222
Tele: (502) 815-5000
Fax: (502) 815-5005

Attorney for Plaintiff

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0541
Fax: (202) 514-8640

Attorneys for Defendant

December 19, 2007

CERTIFICATE OF FILING

I hereby certify that on December 19, 2007, a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk T. Manhardt
Kirk T. Manhardt