# In the United States Court of Federal Claims

**No. 05-751C**
**(Filed: December 20, 2007)**

* * * * * * * * * * * * * * * * *
*
**CINCINNATI INSURANCE COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the joint status report, filed on December 19, 2007, indicating that the parties have engaged in settlement discussions and that defendant is currently reviewing plaintiff's settlement offer. The request that the above-captioned case remain stayed to allow the parties to finalize settlement. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED** and the parties shall file a joint status report by **Friday, February 1, 2008**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge