# In the United States Court of Federal Claims

**No. 05-751C**
**(Filed: January 10, 2008)**

* * * * * * * * * * * * * * * * *

**CINCINNATI INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The Clerk is directed to enter judgment in the above-captioned case pursuant to the Stipulation for Entry of Judgment filed by the parties on January 9, 2008.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge