# In the United States Court of Federal Claims

**No. 05-751 C**

**CINCINNATI INSURANCE COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed January 9, 2008, and the court's Order of January 10, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $63,750.00, inclusive of interest, with each party to bear its own costs, expenses and attorney fees.

John S. Buckley
Acting Clerk of Court

**January 11, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.